NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-7064

HENRY NIEKRO,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims in case no. 08-440, Judge Robert N. Davis.

ON MOTION

<u>O R D E R</u>

Henry Niekro moves for a 30-day extension of time, until May 19, 2010, to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 5 2010**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Henry Niekro (informal brief form enclosed)
Dawn E. Goodman, Esq.
s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 5 2010

JAN HORBALY
CLERK